W. WALLACE LYON et al., Copartners under the Firm Name of LYON, CLOKEY & Co., Respondents, *v.* MARCK L. TOOKER et al., Copartners under the Firm Name of TOOKER & COMPANY, Appellants, Impleaded with Others.

Argued October 3, 1939; decided October 17, 1939.

*Leo J. Bondy* and *Philip M. Payne* for appellants.

*Harry H. Bernstein, Maurice W. Bernstein* and *William P. Cavanaugh* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.